ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
SARAH E. JOHNSTON (SBN 259504)
sarah.johnston@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

JAMES F. MURDICA (Admitted *pro hac vice*)
jfmurdica@pbwt.com
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 336-2921
Facsimile:    (212) 336-2222

Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC (formerly known and incorrectly named as "Johnson & Johnson Pharmaceutical Research & Development, LLC"); JANSSEN PHARMACEUTICALS, INC. (formerly known and incorrectly named as "Ortho-McNeil-Janssen Pharmaceuticals, Inc."); MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON LAMPARD; KIMBERLY ALBRING; MELANIE CHATELAIN; PAUL CLARK; CHARLES CURRY; DANIELLE FEMINE; SUSAN GALATI; VICTORIA HUFF; BENJAMIN KEMP; MAUREEN NICKOL; KARA POWERS, OLGA SPIEGEL;<br><br>        Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; DOES 1-50; and McKESSON CORPORATION;<br><br>        Defendants. | Case No.  3:14-CV-04983-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>*[Filed concurrently with Declaration of Sarah E. Johnston]*<br><br>*[Assigned to Hon. Vince Chhabria]* |

IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

1. A Case Management Conference has been set for May 19, 2015, at 10:00 a.m. in Courtroom 4 of the above entitled Court, in the following cases (Dkt. 44):

   a. *Simon Lampard v. Johnson & Johnson, et al.*, Case No. 3:14-CV-04983-VC[1];

   b. *Sheila Ellis v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05669-VC;

   c. *Windy Garland v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05440-VC; and

   a. *Donna Pritchard v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05593-VC;

2. Defendants' counsel is unable to attend the conference on May 19, 2015 because of a conflicting hearing in Los Angeles that day (*see* Declaration of Sarah E. Johnston at ¶ 3);

3. The Parties agree that the Case Management Conference currently set for May 19, 2015, at 10:00 a.m. shall be continued to June 9, 2015 at 10:00 a.m. in Courtroom 4 of the above-entitled Court;

IT IS SO STIPULATED.

Dated: May 1, 2015                                          **BARON & BUDD, P.C.**

                                                            By: /s/ Thomas Sims
                                                            Thomas Sims
                                                            Attorneys for Plaintiffs

---

[1] The instant Stipulation applies to the *Lampard* action, but identical Stipulations will be filed in all four actions.

| | |
|---|---|
| Dated: May 1, 2015 | **BARNES & THORNBURG LLP** |
| | By: /s/ Sarah E. Johnston |
| | Alexander G. Calfo |
| | Sarah E. Johnston |
| | Attorneys for Defendants |
| | JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC; JANSSEN PHARMACEUTICALS, INC.; McKESSON CORPORATION |

**Attestation Pursuant to Civil Local Rule 5.1(i)**

Pursuant to Civil Local Rule 5.1(i), I, Sarah E. Johnston, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on April 30, 2015 at Los Angeles, California.

/s/ Sarah E. Johnston
Sarah E. Johnston

## [~~PROPOSED~~] ORDER

Having read and considered the Parties' Stipulation and [Proposed] Order to Continue Case Management Conference and accompanying Declaration of Sarah E. Johnston,

PURSUANT TO STIPULATION, the Court hereby sets the Case Management Conference to June 9, 2015 at 10:00 a.m. in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 4, 2015

_____
The Honorable Vince Chhabria
United States District Court Judge